UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                              :

SYLINIA JACKSON, *individually and on behalf of all*   :
*others similarly situated*,                                   :

                               :

                   Plaintiff,             :          22-CV-4664 (JMF)

                               :

           -v-                     :            ORDER

                               :

OMM, LLC,                                  :

                               :

                   Defendant.            :

                               :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     The Court received the attached document, styled as a motion to dismiss, signed by Mellina Soheili, Managing Partner of OMM, LLC. Corporate entities (including limited liability companies), however, may appear in federal court only through licensed counsel. *See, e.g.*, *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). No counsel has appeared on behalf of Defendant, and Mellina Soheili does not appear to be a member of the bar of this Court. Accordingly, the Court will take no further action in response to the attached document.

     As a courtesy, Defendant is granted a *nunc pro tunc* extension of its deadline to answer (which passed on July 26, 2022) to **August 29, 2022**. If, by that date, Defendant has not responded to the Complaint through a proper filing by counsel, default judgment may be entered against Defendant. *See, e.g.*, *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (noting that where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it" (internal quotation marks omitted)).

     Finally, Defendant is cautioned that all filings by represented parties (which, for the reasons discussed, means all future filings by Defendant) must be made electronically via the Court's Electronic Case Filing ("ECF") system, with only limited exceptions. *See* Fed. R. Civ. P. 5(d)(3)(A).

     As a courtesy, the Clerk of Court is directed to mail a copy of this Order to Melina Soheili at the address provided on page four of the attached document. Future orders of the Court will not be mailed to Defendant.

     SO ORDERED.

Dated: August 3, 2022
     New York, New York

                                  _____
                                  JESSE M. FURMAN
                                  United States District Judge

UNITED STATES DISTRICT COURT
For the
Southern District of New York

Sylinia Jackson on Behalf of Herself        )
And All Other Persons Similarly             )
Situated                                    )
Plaintiff(s)                                )
                                            )   Civil Action No. **1:22-cv-4664**
V.                                          )
                                            )
OMM, LLC,                                   )
Defendant(s)                                )


## **OMM, LLC's MOTION TO DISMISS**


1.  In reply to the above complaint that was served to OMM LLC on Tuesday July 5, 2022, the
    OMM, LLC, respectfully motions the Court to dismiss this case based on the below stated facts
    and detailed explanation that addresses all the concerns of the plaintiff in this case.

2.  OMM LLC is a Small Ethnic-Minority Woman Owned Business. OMM LLC was established
    in 2016.  OMM has always been about "Love Yourself Again". The company is committed to
    Inclusiveness, Equity, Unisex, Love for ALL, Respect for Humanity, Taking care of Ourselves
    and Community. OMM LLC is a very sociably conscious and committed to rights for all. Its
    partners and employees are proud to represent and dedicate its calling to humanity and equality
    for all including individuals with limited accessibility.   We are fully committed to this mandate
    and stand by it; From our working environment to providing employee benefits and treat
    customers including online customers with outmost respect and to make everyone welcomed

and be able to interact with OMM website with ease. The following is a summary of how we diligently worked to bring OMM alive after Covid pandemic and making sure we are in compliance with all the Local, State & Federal laws accordingly.

3.  OMM is a Natural Thickening Hair & Therapeutic Spa Line. By end of 2018 we had created a 7 SKU Hair Line and 8 SKU Spa line all made in the USA. OMM does not have any physical stores.  OMM marketing and sales concept was direct sales to Hair Salons, Spas, Stores, Distributors, and other Channels that have Brick and Mortar.  In 2019, we entered the Market Place, with 2 partners and one part-time contractor. In 2019 we only had made $67,261 in gross revenue and a net loss of $38,551.  Please see attached P&L statement for 2019 for OMM, LLC. At that time, we had a basic website of 2 pages with no E-Commerce platform. By Feb 2020, we had 2 part time employees only.  In Feb 2020, before we could possibly begin to make sales, we were hit with Covid, where almost all the Hair Salons, Spas, Stores, and all distribution line that were Brick and Mortar closed and all our business came to Halt.  It was a very devastating effort after major investment to see everything go to ashes. In 2020 our total gross sales were $60,118 with a net loss of $28,835 for the year.  Please see attach P&L statement for 2020. By December 2021, most stores were still closed, or they were preparing to start again, we pushed almost all our online sales to Amazon and Macy's since we didn't have enough funds to build up the OMM's own website since we have been in financial crises and loss since we re-started operation!  In 2021 our total gross sales (mostly from Amazon marketplace and Macy's marketplace) were $123,708 with a net loss of $83,411.  Please see attached P&L statement for 2021.

4.  By March 2022, we were able to receive a small funding from family to hire a couple employees, hoping we can get operational again and start our business over again, since our only sales was pushing sales thru Amazon and Macy's.  To work with wholesalers, distributors and even brick & mortars Stores, we were forced to change/push everything to OMM website knowing that the current website was way too simple, we opted on going with Shopify, which allowed us to setup OMM Online Shop, and yet with minimal technical knowledge, we can stay in business, and finally operate OMM online website (www.ommcollection.com) in a

proper manner and stay compliant in all facets of financial, accounting, inventory control, sales perspectives report that was readily available thru Shopify. In 2022, thru April of 2022, our gross sales are $35,500 with a net loss of $167,961. Please see the attached P&L statement for 2022.

5. Please note that the total sales thru our own web site (ommcollection.com) from inception thru June of current year (2022) is a mere total of $5,676, which is less than 2% of our total sales revenue. Please see the attached Web Site Sales data from Oct 2016 thru June of 2022.

6. As of May 31, 2022, when we upgraded our web site to Shopify hosting, we explicitly turned on the "Accessibility Menu" icon on all of our web pages, which is in addition to footer menu item of "Site Accessibility Statement" that was already available on all pages. See attached "OMM Collection Accessibility Statement" page as available on www.ommcollection.com.

7. Considering all the above facts, we truly believe that our web site, www.ommcollection.com is equally accessible to blind and visually impaired consumers. To prove this to ourselves, we used the web site scanning tool of the "accessibilitychecker.org" organization that scans web site for full compatibility with WCAG (Web Content Accessibility Guidelines) and ADA (Americans with Disability Act) and the official report shows "Fully Compliant", with a score of 95%, and based on WCAG 2.1 standards, we have 0 (0%) critical issues, passed 100% of required/mandatory items, and require no manual audits. Please see the attached Accessibility Audit Results for www.ommcollection.com, which has detailed reports showing OMM LLC's web site already complies with ALL the items in plaintiff's class action complaint.

WHEREFORE, in consideration of, OMM LLC, already being in full compliance with ADA and WCAG 2.1 standards, and all the above facts, OMM LLC, respectfully motions the Court to dismiss this case.

Respectfully submitted,

Mellina Soheili
Managing Partner

OMM, LLC
4217 Howard Ave. STE A
Kensington, MD 20895

Copies to:

*Plaintiff's Attorney*
Michael A. LaBollita, Esq.
Gottlieb & Associates
150 East 18th St. Suite PHR
New York, NY 10003

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of OMM LLC motion to dismiss was sent via FedEx Next Day delivery with tracking and delivery signature on this 18th day of July 2022 to:

Michael A. LaBollita, Esq.

Gottlieb & Associates

150 East 18th St. Suite PHR

New York, NY 10003

Plaintiff's Attorney

Mellina Soheili, for

OMM LLC.

10:29 AM
06/22/22
Accrual Basis

# OMM Collection LLC
## Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **8000 · Opeartional Revenue** | |
| 800011 · Sales Operational Revenue | 123,708.05 |
| 800012 · Discount | -757.84 |
| 800013 · Refund | -210.10 |
| **Total 8000 · Opeartional Revenue** | 122,740.11 |
| **8001 · Revenue-Miscellaneous** | |
| 80014 · Goverment grants & Awards | 3,200.00 |
| **Total 8001 · Revenue-Miscellaneous** | 3,200.00 |
| **Total Income** | 125,940.11 |
| **Cost of Goods Sold** | |
| 52900 · Purchases - Resale Items | 2,851.73 |
| 9000 · Cost of Goods Sold | 3,898.00 |
| **9001 · Direct Labor** | |
| 90011 · Consultants Cost | 51,457.84 |
| 9001 · Direct Labor - Other | 24,705.75 |
| **Total 9001 · Direct Labor** | 76,163.59 |
| 9050 · Product Inbound Shipping | 1,068.28 |
| **9060 · Packaging** | |
| 90601 · Material Packing | 768.40 |
| 90602 · Product Packing | 2,846.30 |
| 9060 · Packaging - Other | 7,310.24 |
| **Total 9060 · Packaging** | 10,924.94 |
| **Total COGS** | 94,906.54 |
| **Gross Profit** | 31,033.57 |
| **Expense** | |
| **10000 · General and  Administration Exp** | |
| **10001 · Admin -2- FICA Explyr** | |
| 1000106 · FUTA Employer | 881.37 |
| 1000107 · SUTA Employer | 501.60 |
| 10001 · Admin -2-  FICA Explyr - Other | 2,718.98 |
| **Total 10001 · Admin -2-  FICA Explyr** | 4,101.95 |
| 10002 · Admin 1-Payroll | 48,781.70 |
| 10005 · Advertising | 73.05 |
| 100051 · Advertising - Marketing | 2,944.49 |
| 10009 · Bank Service Charges | 104.94 |
| 10015 · Educational Expenses | 2.35 |
| 10017 · Exhibition & Conference | 1,000.00 |
| **10023 · Globl Recut &Source/Hman Capitl** | |
| 100232 · Recuiting Advertisement | 127.20 |
| **Total 10023 · Globl Recut &Source/Hman Capitl** | 127.20 |
| 10029 · Postage/Courier | 1,277.16 |
| 10036 · Storage | 164.91 |
| 10038 · Transportation - Local | 10.00 |

10:29 AM
06/22/22
Accrual Basis

# OMM Collection LLC
## Profit & Loss
### January through December 2021

| | Jan - Dec 21 |
|---|---|
| **10039 · Travel** | |
| 100391 · Airline | 1,921.12 |
| 100395 · Parking/Tolls | 5.45 |
| 100398 · Transporation | 73.90 |
| 1003992 · Car Rental - Sales | 74.12 |
| 1003994 · Flight Baggage Ins - Sales | 35.10 |
| 1003995 · Gas,Parking,Toll - Sales | 535.52 |
| 10039 · Travel - Other | 3,168.13 |
| **Total 10039 · Travel** | 5,813.34 |
| 10000 · General and  Administration Exp - Other | 3,624.85 |
| **Total 10000 · General and  Administration Exp** | 68,025.94 |
| 10070 · Online advertising | 288.47 |
| 5031 · payroll process fee | 2,124.86 |
| 51800 · Merchant Account Fees | 1,513.81 |
| 60000 · Advertising and Promotion | 286.08 |
| 60400 · Bank Service Charges | 687.39 |
| 60700 · Product Outbound Shipping | 8,680.96 |
| 61700 · Computer and Internet Expenses | 84.83 |
| 63300 · Insurance Expense | 7,403.71 |
| 64300 · Meals and Entertainment | 684.69 |
| 64900 · Office Supplies | 324.55 |
| 67100 · Rent Expense | 327.50 |
| 67700 · Graphic Design | 1,250.00 |
| 68100 · Telephone Expense | 1,207.97 |
| 68400 · Travel Expense | 733.40 |
| 68600 · Utilities | 208.27 |
| **90050 · OVERHEAD** | |
| 100501 · Accounting Fees | 250.00 |
| **10052 · Commissions Expenses** | |
| 100524 · Commissions Expenses Sales | 1,604.32 |
| 10052 · Commissions Expenses - Other | 1,097.06 |
| **Total 10052 · Commissions Expenses** | 2,701.38 |
| 100532 · Consultants Cost | 2,707.10 |
| 100543 · EMC Marketing Exp | 1,799.97 |
| 100546 · Equipment Rental | 327.50 |
| 100553 · Facility Managment | 78.64 |
| 100568 · Janitorial | 70.00 |
| 100576 · Maintenance & Repair Marketing | 163.65 |
| 100578 · Marketing | 868.44 |
| 100586 · Meals & Entertainment | 1,899.16 |
| 100590 · Membership Fees | 700.00 |
| 100596 · Miscellaneous Expenses | 328.02 |
| 100611 · Online Marketing | 1,314.90 |
| 100613 · OnLine Services | 260.35 |
| 100638 · Printing & Stationary | 115.96 |
| 100646 · Promotional Items | 176.68 |
| 100647 · promotional Items Marketing | 964.00 |
| 100652 · professional Technical Fees | 611.34 |
| 100677 · Stability Testing | 450.00 |
| **10069 · SUPPLIES** | |
| 100692 · Office Supplies | 42.98 |
| 100695 · Computer Repairs & Supplies | 11.49 |
| **Total 10069 · SUPPLIES** | 54.47 |
| 10072 · Telephone | 539.05 |
| 100736 · Trade Shows | 240.00 |

**10:29 AM**
**06/22/22**
**Accrual Basis**

# OMM Collection LLC
# Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---|
| 100737 · Trade Shows, Exhibition & Confe | 3,686.20 |
| **Total 90050 · OVERHEAD** | 20,306.81 |
| **Total Expense** | 114,139.24 |
| **Net Ordinary Income** | -83,105.67 |
| **Other Income/Expense** | |
| **Other Income** | |
| 7040 · Interest Income | 1.66 |
| **Total Other Income** | 1.66 |
| **Other Expense** | |
| Counsel fee | 312.90 |
| **Total Other Expense** | 312.90 |
| **Net Other Income** | -311.24 |
| **Net Income** | **-83,416.91** |

3:41 PM
05/04/22
Accrual Basis

**OMM Collection LLC**
**Profit & Loss**
January through December 2019

|  | Jan - Dec 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 8000 · Opeartional Revenue | |
| 800011 · Sales Operational Revenue | 67,261.51 |
| **Total 8000 · Opeartional Revenue** | 67,261.51 |
| **Total Income** | 67,261.51 |
| **Cost of Goods Sold** | |
| 9050 · Product Inbound Shipping | 182.15 |
| 9060 · Packaging | |
| 90602 · Product Packing | 3,016.76 |
| **Total 9060 · Packaging** | 3,016.76 |
| **Total COGS** | 3,198.91 |
| **Gross Profit** | 64,062.60 |
| **Expense** | |
| 10000 · General and  Administration Exp | |
| 10023 · Globl Recut &Source/Hman Capitl | |
| 100232 · Reculting Advertisement | 349.30 |
| 100233 · BackgroundCheck,Screening, Drug | 56.18 |
| **Total 10023 · Globl Recut &Source/Hman Capitl** | 405.48 |
| 10029 · Postage/Courier | 41.08 |
| 10030 · Product Cert & Llc Micro/oracle | 12,200.00 |
| 10038 · Transportation - Local | 13.35 |
| 10039 · Travel | |
| 100398 · Transporation | 25,908.53 |
| 1003997 · Lodging - Sales | 1,308.62 |
| **Total 10039 · Travel** | 27,217.15 |
| **Total 10000 · General and  Administration Exp** | 39,877.06 |
| 60000 · Advertising and Promotion | 711.89 |
| 60400 · Bank Service Charges | 1,021.70 |
| 60700 · Product Outbound Shipping | 10,594.78 |
| 61000 · Business Licenses and Permits | 321.05 |
| 63300 · Insurance Expense | 9,024.18 |
| 64300 · Meals and Entertainment | 748.77 |
| 64900 · Office Supplies | 450.00 |
| 66700 · Professional Fees | 6,040.00 |
| 67000 · Dry Clean for OMM table Cloths | 33.98 |
| 90050 · OVERHEAD | |
| 100501 · Accounting Fees | 225.00 |
| 10052 · Commissions Expenses | |
| 100524 · Commissions Expenses Sales | 4,849.43 |
| **Total 10052 · Commissions Expenses** | 4,849.43 |
| 100570 · Legal Fees | 11,487.50 |
| 100578 · Marketing | 0.00 |
| 100586 · Meals & Entertainment | 447.47 |
| 100590 · Membership Fees | 150.00 |
| 100638 · Printing & Stationary | 828.75 |
| 100646 · Promotional Items | 240.75 |
| 100677 · Stability Testing | 1,350.00 |
| 100737 · Trade Shows, Exhibition & Confe | 14,211.88 |
| **Total 90050 · OVERHEAD** | 33,790.78 |
| **Total Expense** | 102,614.19 |
| **Net Ordinary Income** | -38,551.59 |

3:41 PM

05/04/22
Accrual Basis

**OMM Collection LLC**
**Profit & Loss**
January through December 2019

|  | Jan - Dec 19 |
| --- | --- |
| **Other Income/Expense** | |
| **Other Income** | |
| 7040 · Interest Income | 5.01 |
| **Total Other Income** | 5.01 |
| **Net Other Income** | 5.01 |
| **Net Income** | -38,546.58 |

<div align="center">

**OMM Collection LLC**
**Profit & Loss**
January through December 2020

</div>

3:42 PM
05/04/22
Accrual Basis

|  | Jan - Dec 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **8000 · Opeartional Revenue** | |
| 800011 · Sales Operational Revenue | 60,118.73 |
| 800013 · Refund | 179.02 |
| **Total 8000 · Opeartional Revenue** | 60,297.75 |
| **8001 · Revenue-Miscellaneous** | |
| 80014 · Goverment grants & Awards | 5,000.00 |
| 80015 · Other Income | 4.62 |
| **Total 8001 · Revenue-Miscellaneous** | 5,004.62 |
| **Total Income** | 65,302.37 |
| **Cost of Goods Sold** | |
| 9000 · Cost of Goods Sold | 0.00 |
| 9001 · Direct Labor | 18,509.30 |
| 9050 · Product Inbound Shipping | 286.00 |
| 9060 · Packaging | |
| 90601 · Material Packing | 6,261.50 |
| **Total 9060 · Packaging** | 6,261.50 |
| **Total COGS** | 25,056.80 |
| **Gross Profit** | 40,245.57 |
| **Expense** | |
| **10000 · General and  Administration Exp** | |
| **10001 · Admin -2-  FICA Explyr** | |
| 1000106 · FUTA Employer | 237.91 |
| 1000107 · SUTA Employer | 273.54 |
| 10001 · Admin -2-  FICA Explyr - Other | 785.79 |
| **Total 10001 · Admin -2-  FICA Explyr** | 1,297.24 |
| 10002 · Admin 1-Payroll | 13,590.77 |
| 10013 · Data Processing Fees | 0.00 |
| **10039 · Travel** | |
| 1003999 · Transportation - Sales | 24,772.55 |
| 10039 · Travel - Other | 5,134.88 |
| **Total 10039 · Travel** | 29,907.43 |
| **Total 10000 · General and  Administration Exp** | 44,795.44 |
| 5031 · payroll process fee | 650.20 |
| 60400 · Bank Service Charges | 916.10 |
| 60700 · Product Outbound Shipping | 4,673.19 |
| 63300 · Insurance Expense | 9,880.96 |
| 64900 · Office Supplies | 262.49 |
| 66700 · Professional Fees | 2,112.50 |
| **90050 · OVERHEAD** | |
| 100501 · Accounting Fees | 225.00 |
| 100511 · Business Research | 100.00 |
| **10052 · Commissions Expenses** | |
| 100524 · Commissions Expenses Sales | 2,146.17 |
| **Total 10052 · Commissions Expenses** | 2,146.17 |

3:42 PM
05/04/22
Accrual Basis

# OMM Collection LLC
## Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---|
| 100578 · Marketing | 1,091.63 |
| 100590 · Membership Fees | 950.00 |
| 100611 · Online Marketing | 982.00 |
| 100677 · Stability Testing | 300.00 |
| **Total 90050 · OVERHEAD** | 5,794.80 |
| **Total Expense** | 69,085.68 |
| **Net Ordinary Income** | -28,840.11 |
| Other Income/Expense | |
| Other Income | |
| 7040 · Interest Income | 4.81 |
| **Total Other Income** | 4.81 |
| **Net Other Income** | 4.81 |
| **Net Income** | -28,835.30 |

5:32 PM
06/22/22
Accrual Basis

**OMM Collection LLC**
**Profit & Loss**
January through April 2022

|  | Jan - Apr 22 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **8000 · Opeartional Revenue** |  |
| 800011 · Sales Operational Revenue | 35,500.13 |
| 800012 · Discount | -13,103.07 |
| 800013 · Refund | -518.73 |
| **Total 8000 · Opeartional Revenue** | 21,878.33 |
| **Total Income** | 21,878.33 |
| **Cost of Goods Sold** |  |
| 9000 · Cost of Goods Sold | 7,234.52 |
| **9001 · Direct Labor** |  |
| 90011 · Consultants Cost | 46,332.60 |
| 9001 · Direct Labor - Other | 924.64 |
| **Total 9001 · Direct Labor** | 47,257.24 |
| **9003 · Fringe Benefits** |  |
| 90030 · Employee Insurance | 165.36 |
| **Total 9003 · Fringe Benefits** | 165.36 |
| 9050 · Product Inbound Shipping | 486.12 |
| **9060 · Packaging** |  |
| 90601 · Material Packing | 938.13 |
| 90602 · Product Packing | 29.17 |
| 9060 · Packaging - Other | 745.78 |
| **Total 9060 · Packaging** | 1,713.08 |
| **Total COGS** | 56,856.32 |
| **Gross Profit** | -34,977.99 |
| **Expense** |  |
| **10000 · General and  Administration Exp** |  |
| **10001 · Admin -2-  FICA Explyr** |  |
| 1000106 · FUTA Employer | 1,146.04 |
| 1000107 · SUTA Employer | 444.93 |
| 1000109 · FUI Employer | -19.08 |
| 10001 · Admin -2-  FICA Explyr - Other | 4,165.89 |
| **Total 10001 · Admin -2-  FICA Explyr** | 5,737.78 |
| 10002 · Admin 1-Payroll | 70,304.89 |
| 10005 · Advertising | 254.36 |
| 100051 · Advertising - Marketing | 3,225.41 |
| 10009 · Bank Service Charges | 25.00 |
| 10029 · Postage/Courier | 450.00 |
| 10036 · Storage | 558.59 |
| 10038 · Transportation - Local | 24.62 |
| **10039 · Travel** |  |
| 100391 · Airline | 779.57 |
| 100394 · Lodging | 1,342.61 |
| 100395 · Parking/Tolls | 132.16 |
| 1003995 · Gas,Parking,Toll - Sales | 7,001.30 |
| **Total 10039 · Travel** | 9,255.64 |
| **Total 10000 · General and  Administration Exp** | 89,836.29 |

5:32 PM
06/22/22
Accrual Basis

**OMM Collection LLC**
## Profit & Loss
### January through April 2022

| | Jan - Apr 22 |
|---|---|
| 10060 · Social Media Expenses | 116.77 |
| 10070 · Online advertising | 714.08 |
| 5031 · payroll process fee | 1,138.75 |
| 51800 · Merchant Account Fees | 817.61 |
| 60400 · Bank Service Charges | 114.00 |
| 60700 · Product Outbound Shipping | 1,813.74 |
| 61700 · Computer and Internet Expenses | 2,606.98 |
| 63300 · Insurance Expense | 4,079.84 |
| 63400 · Interest Expense | -89.45 |
| 64300 · Meals and Entertainment | 495.57 |
| 67200 · Repairs and Maintenance | 5,722.06 |
| 67700 · Graphic Design | 725.00 |
| 68100 · Telephone Expense | 1,182.69 |
| 68400 · Travel Expense | 5,849.72 |
| 68600 · Utilities | 570.96 |
| 90050 · OVERHEAD | |
|   10052 · Commissions Expenses | |
|     100524 · Commissions Expenses Sales | 2,249.11 |
|   Total 10052 · Commissions Expenses | 2,249.11 |
|   100543 · EMC Marketing Exp | 0.00 |
|   100546 · Equipment Rental | 327.50 |
|   100568 · Janitorial | 143.50 |
|   100576 · Maintenance & Repair Marketing | 10.98 |
|   100578 · Marketing | 1,817.96 |
|   100586 · Meals & Entertainment | 1,270.63 |
|   100590 · Membership Fees | 695.00 |
|   100611 · Online Marketing | 653.50 |
|   100638 · Printing & Stationary | -115.00 |
|   100647 · promotional items Marketing | 2,147.22 |
|   100674 · Sales Taxes | -0.30 |
|   10069 · SUPPLIES | |
|     100692 · Office Supplies | 925.61 |
|     100695 · Computer Repairs & Supplies | 6.92 |
|   Total 10069 · SUPPLIES | 932.53 |
|   100736 · Trade Shows | |
|     1007361 · Tradeshow Supplies | 125.00 |
|     100736 · Trade Shows - Other | 2,300.00 |
|   Total 100736 · Trade Shows | 2,425.00 |
|   100737 · Trade Shows, Exhibition & Confe | 4,731.72 |
| Total 90050 · OVERHEAD | 17,289.35 |
| Total Expense | 132,983.96 |
| Net Ordinary Income | -167,961.95 |
| Net Income | -167,961.95 |

**ommcollection.com Web Site Sales Data Oct 2016 thru Jun 2022**

| Date | Number of items sold | Number of orders | Average net sales amount | Coupon amount | Shipping amount | Gross sales amount | Net sales amount | Refund amount |
|---|---|---|---|---|---|---|---|---|
| 2016-10 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2016-11 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2016-12 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017-1 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017-2 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017-3 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017-4 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017-5 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017-6 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017-7 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017-8 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017-9 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017-10 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017-11 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2017-12 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018-1 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018-2 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018-3 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018-4 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018-5 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018-6 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018-7 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018-8 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018-9 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018-10 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018-11 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2018-12 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019-1 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019-2 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019-3 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019-4 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019-5 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019-6 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019-7 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019-8 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019-9 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019-10 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019-11 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2019-12 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020-1 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020-2 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020-3 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020-4 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020-5 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020-6 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020-7 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020-8 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020-9 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020-10 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020-11 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2020-12 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021-1 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021-2 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021-3 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021-4 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021-5 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021-6 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021-7 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021-8 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021-9 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2021-10 | 8 | 4 | $0.00 | $113.80 | $23.85 | $204.55 | $180.70 | $0.00 |
| 2021-11 | 51 | 25 | $0.00 | $780.90 | $79.50 | $1,651.05 | $1,571.55 | $68.80 |
| 2021-12 | 32 | 11 | $0.00 | $463.20 | $31.80 | $805.86 | $768.10 | $25.20 |
| 2022-1 | 13 | 5 | $0.00 | $0.00 | $7.95 | $619.55 | $602.25 | $0.00 |
| 2022-2 | 14 | 6 | $0.00 | $0.00 | $7.95 | $635.71 | $616.00 | $0.00 |
| 2022-3 | 7 | 4 | $0.00 | $0.00 | $15.90 | $302.04 | $283.98 | $0.00 |
| 2022-4 | 42 | 16 | $0.00 | $401.66 | $31.80 | $1,164.01 | $1,118.20 | $0.00 |
| 2022-5 | 14 | 5 | $0.00 | $126.60 | $0.00 | $539.10 | $535.40 | $0.00 |
| 2022-6 | 0 | 0 | $23.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2022-7 | | | | | | | | |
| Total | | | | | | $5,921.67 | $5,676.18 | |

Shop ⌄
About OMM ⌄
Wholesale ⌄
Blog

⌂ › OMM Collection Accessibility Statement

‹ Share 🟢 🐦 📌 M

# OMM Collection Accessibility Statement

## General

**OMM Collection** strives to ensure that its services are accessible to people with disabilities. **OMM Collection** has invested a significant amount of resources to help ensure that its website is made easier to use and more accessible for people with disabilities, with the strong belief that website accessibility efforts assist all users and that every person has the right to live with dignity, equality, comfort and independence.

Accessibility on www.ommcollection.com

**www.ommcollection.com** makes UserWay's Web Accessibility Widget available which is powered by a dedicated accessibility server. The software allows **www.ommcollection.com** to improve its compliance with the Web Content Accessibility Guidelines (WCAG 2.1).

## Enabling the Accessibility Menu

The **www.ommcollection.com** accessibility menu can be enabled by clicking the accessibility menu icon that appears on the corner of the page. After triggering the accessibility menu, please wait a moment for the accessibility menu to load in its entirety.

## Disclaimer

**OMM Collection** continues its efforts to constantly improve the accessibility of its site and services in the belief that it is our collective moral obligation to allow seamless, accessible and unhindered use also for those of us with disabilities.

In an ongoing effort to continually improve and remediate accessibility issues, we also regularly

Get 20% Off!

scan **www.ommcollection.com** with UserWay's Accessibility Scanner to identify and fix every possible accessibility barrier on our site. Despite our efforts to make all pages and content on **www.ommcollection.com** fully accessible, some content may not have yet been fully adapted to the strictest accessibility standards. This may be a result of not having found or identified the most appropriate technological solution.

Here For You

If you are experiencing difficulty with any content on **www.ommcollection.com** or require assistance with any part of our site, please contact us during normal business hours as detailed below and we will be happy to assist.

Contact Us

If you wish to report an accessibility issue, have any questions or need assistance, please contact **OMM Collection** Customer Support as follows:

Email: info@ommcollection.com

Phone: 877-588-6669



**Quick Links**

FAQ

Our Ingredients

Refund Policy

Privacy Policy

Terms of Service & Disclaimer

Accessibility Statement

Private Label

Rep Login

Corporate Gifting

Contact

Careers

OMM Collection



*Farm to Beauty*™

A Luxury Brand blended with natural oils derived from pure plant extracts. Free of Parabens, Sulfates & Dye. Color safe. Cruelty free.

*Love yourself again !*



**ACCESSIBILITY**
CHECKER

Export date: **24 Jun 2022**      Export Time: **1:15 am**

Audited by: accessibilitychecker.org

Scan your website for free, identify
accessibility issues, and get exact
instructions on how to fix them



# Audit results of

# www.ommcollection.com

**Status:**

✓

**COMPLIANT**

**Score:**

95%

Websites with a score lower than
95% are in risk of accessibility
lawsuits

**Results:**

| Critical Issues | 0 items (0%) |
|---|---|

| Passed elements | 37 items (100%) |
|---|---|

| Required Manual Audits | 0 items (100%) |
|---|---|

# Solutions:

Based on our analysis, the following solutions
provider can help make your website accessible
and compliant under:



United States law

AudioEye      GO TO WEBSITE

accessiBe      GO TO WEBSITE



# Required Manual Audits (0):

# Passed audits (37):

 Visual issue          [aria-*] attributes match their roles

**THE ELEMENT** PASSED

Each ARIA `role` supports a specific subset of `aria-*` attributes. Mismatching these invalidates the `aria-*` attributes.

 Visual issue          [aria-hidden="true"] is not present on the document <body>

**THE ELEMENT** PASSED

Assistive technologies, like screen readers, work inconsistently when `aria-hidden="true"` is set on the document <body>.

 Visual issue          [aria-hidden="true"] elements do not contain focusable descendents

**THE ELEMENT** PASSED

Focusable descendents within an [aria-hidden="true"] element prevent those interactive elements

from being available to users of assistive technologies like screen readers.

 Visual issue          [role]s have all required [aria-*] attributes

**THE ELEMENT** PASSED

Some ARIA roles have required attributes that describe the state of the element to screen readers.

 Visual issue          Elements with an ARIA [role] that require children to contain a specific [role] have all required children.

**THE ELEMENT** PASSED

Some ARIA parent roles must contain specific child roles to perform their intended accessibility functions.

 Visual issue          [role]s are contained by their required parent element

**THE ELEMENT** PASSED

Some ARIA child roles must be contained by specific parent roles to properly perform their intended accessibility functions.

 Visual issue          [role] values are valid

**THE ELEMENT** PASSED

ARIA roles must have valid values in order to perform their intended accessibility functions.

 Visual issue          [aria-*] attributes have valid values

**THE ELEMENT** PASSED

Assistive technologies, like screen readers, can't interpret ARIA attributes with invalid values.

 Visual issue          [aria-*] attributes are valid and not misspelled

**THE ELEMENT** PASSED

Assistive technologies, like screen readers, can't interpret ARIA attributes with invalid names.

 Visual & motor       The page contains a heading, skip link, or landmark region

**THE ELEMENT** PASSED

Adding ways to bypass repetitive content lets keyboard users navigate the page more efficiently.

 Visual issue          Document has a <title> element

**THE ELEMENT** PASSED

The title gives screen reader users an overview of the page, and search engine users rely on it heavily to determine if a page is relevant to their search.

 Visual issue          [id] attributes on active, focusable elements are unique

**THE ELEMENT** PASSED

All focusable elements must have a unique `id` to ensure that they\'re visible to assistive technologies.

 Visual issue          ARIA IDs are unique

**THE ELEMENT** PASSED

The value of an ARIA ID must be unique to prevent other instances from being overlooked by assistive technologies.

 Visual & motor          <frame> and <iframe> elements have a title

**THE ELEMENT** PASSED

Screen reader users rely on frame titles to describe the contents of frames.

 Visual issue          <html> element has a [lang] attribute

**THE ELEMENT** PASSED

If a page doesn't specify a lang attribute, a screen reader assumes that the page is in the default language that the user chose when setting up the screen reader. If the page isn't actually in the default language, then the screen reader might not announce the page's text correctly.

 Visual issue          <html> element has a valid value for its [lang] attribute

**THE ELEMENT** PASSED

Specifying a valid [BCP 47 language]

 Visual issue          Lists contain only <li> elements and script supporting elements
                                    (<script> and <template>).

**THE ELEMENT** PASSED

Screen readers have a specific way of announcing lists. Ensuring proper list structure aids screen reader output.

 Visual issue          List items (<li>) are contained within <ul> or <ol> parent
                                    elements

**THE ELEMENT** PASSED

Screen readers require list items

 Visual issue          No element has a [tabindex] value greater than 0

**THE ELEMENT** PASSED

A value greater than 0 implies an explicit navigation ordering. Although technically valid, this often creates frustrating experiences for users who rely on assistive technologies.

 Cognitive issue       Buttons do not have an accessible name

**THE ELEMENT** PASSED

When a button doesn't have an accessible name, screen readers announce it as "button", making it unusable for users who rely on screen readers.

 Visual issue          Background and foreground colors do not have a sufficient
                                            contrast ratio.

**THE ELEMENT** PASSED

Low-contrast text is difficult or impossible for many users to read.

 Visual issue          Heading elements are not in a sequentially-descending order

**THE ELEMENT** PASSED

Properly ordered headings that do not skip levels convey the semantic structure of the page, making it easier to navigate and understand when using assistive technologies.

 Visual & motor          Image elements do not have [alt] attributes

**THE ELEMENT** PASSED

Informative elements should aim for short, descriptive alternate text. Decorative elements can be ignored with an empty alt attribute.

 Visual issue          Links do not have a discernible name

**THE ELEMENT** PASSED

Link text (and alternate text for images, when used as links) that is discernible, unique, and focusable improves the navigation experience for screen reader users.

 Visual issue          [user-scalable="no"] is used in the <meta name="viewport"> element or the [maximum-scale] attribute is less than 5.

**THE ELEMENT** PASSED

Disabling zooming is problematic for users with low vision who rely on screen magnification to properly see the contents of a web page.

 Visual issue          ARIA input fields have accessible names

**THE ELEMENT** PASSED

When an input field doesn't have an accessible name, screen readers announce it with a generic name, making it unusable for users who rely on screen readers.

 Visual issue          <dl>'s contain only properly-ordered <dt> and <dd> groups,
                                 <script>, <template> or <div> elements.

**THE ELEMENT** PASSED

When definition lists are not properly marked up, screen readers may produce confusing or inaccurate output.

 Visual issue          Definition list items are wrapped in <dl> elements

**THE ELEMENT** PASSED

Definition list items (<dt> and <dd>) must be wrapped in a parent <dl> element to ensure that screen readers can properly announce them.

 Visual issue          No form fields have multiple labels

**THE ELEMENT** PASSED

Form fields with multiple labels can be confusingly announced by assistive technologies like

screen readers which use either the first, the last, or all of the labels.

 Visual issue          &lt;input type="image"&gt; elements have [alt] text

**THE ELEMENT** PASSED

When an image is being used as an &lt;input&gt; button, providing alternative text can help screen
reader users understand the purpose of the button.

 Visual issue          Presentational &lt;table&gt; elements avoid using &lt;th&gt;, &lt;caption&gt; or
the [summary] attribute.

**THE ELEMENT** PASSED

A table being used for layout purposes should not include data elements, such as the th or caption
elements or the summary attribute, because this can create a confusing experience for screen
reader users.

 Visual issue          The document does not use &lt;meta http-equiv="refresh"&gt;

**THE ELEMENT** PASSED

Users do not expect a page to refresh automatically, and doing so will move focus back to the top
of the page. This may create a frustrating or confusing experience.

 Visual issue          Cells in a <table> element that use the [headers] attribute refer
                                            to table cells within the same table.

**THE ELEMENT** PASSED

Screen readers have features to make navigating tables easier. Ensuring <td> cells using the
[headers] attribute only refer to other cells in the same table may improve the experience for
screen reader users.

 Visual issue          <th> elements and elements with
                                            [role="columnheader"/"rowheader"] have data cells they
                                            describe.

**THE ELEMENT** PASSED

Screen readers have features to make navigating tables easier. Ensuring table headers always
refer to some set of cells may improve the experience for screen reader users.

 Visual issue          [lang] attributes have a valid value

**THE ELEMENT** PASSED

Specifying a valid [BCP 47
language](https://www.w3.org/International/questions/qa-choosing-language-tags#question) on
elements helps ensure that text is pronounced correctly by a screen reader.

 Visual issue          <video> elements contain a <track> element with
                                            [kind="captions"]

**THE ELEMENT** PASSED

When a video provides a caption it is easier for deaf and hearing impaired users to access its information.

 **Visual issue**       <video> elements contain a <track> element with [kind="description"]

**THE ELEMENT** PASSED

Audio descriptions provide relevant information for videos that dialogue cannot, such as facial expressions and scenes.

# Terms and conditions

The information presented on AccessibilityChecker.org and its report was contributed based on thorough research, and does not, under any circumstance, constitute, nor should be interpreted as, legal advice of any kind. Use, implementation of, or any action based on the information presented herein will be made at such person's sole discretion and responsibility. The owners and affiliates of this website, will not be held responsible or liable for any outcome, implication, or legal consequence arising out of the interpretation or use of the information presented herein.



Export date: **24 Jun 2022**          Export time: **1:15 am**