**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

SYLINIA JACKSON, *individually and on behalf of*:
*all others similarly situated*,                                       :

                                                                                        :            22-CV-4664 (JMF) (OTW)

                            Plaintiff,                        :

                                                                                        :            **ORDER**

                            -against-                         :

                                                                                        :

OMM, LLC,                                                      :

                                                                                        :

                            Defendant.                        :

                                                                                        :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on September 22, 2022. Plaintiff is directed to provide to Defendant the billing records, redacted if necessary to protect privilege, by **12:00 p.m. on Wednesday, September 28, 2022**. The Court will hold a telephonic Pre-Settlement Conference Call on **September 30, 2022, at 12:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

            **SO ORDERED.**

                                                                                        _s/ Ona T. Wang_
Dated: September 22, 2022                                    **Ona T. Wang**
            New York, New York                              United States Magistrate Judge